IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PAUL R. CHAPLIN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civ. A. No.: _____ |
| | § | |
| HCL AMERICA, INC., | § | |
| | § | (State Cause No. 048-338587-22) |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Without waiving any defenses or objections to the Original Petition filed in state court, Defendant HCL America, Inc. ("HCL") hereby removes this action to federal court pursuant to 28 U.S.C. § 1331 and 1441. In support thereof, HCL respectfully shows the Court as follows:

### I.    THE STATE COURT PROCEEDINGS

1.    Plaintiff filed his Original Petition on November 18, 2022, in the 48th District Court of Tarrant County, Texas. Plaintiff's case was assigned cause number 048-338587-22. Plaintiff did not demand a jury.

2.    Plaintiff contends Houston Refining unlawfully terminated him because of his age in violation of Texas Labor Code § 21.051 and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, *et seq.,* and because of his alleged disability in violation of the American with Disabilities Act ("ADA"), 29 C.F.R § 1630. Plaintiff further contends Houston Refining unlawfully retaliated against him for engaging in protected activity in violation of Title VII of the Civil Rights act of 1964.

3.      HCL was served with process on December 9, 2022.

4.      No further proceedings have taken place in the state court.

5.      As required under 28 U.S.C. § 1446(b), this Notice of Removal is being filed within the 30 days of service of the Original Petition on Houston Refining.

## II.      REMOVAL BASED ON A FEDERAL QUESTION

6.      Plaintiff alleges in his Original Petition that his claims are brought pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., the Americans with Disabilities Act, and Title VII of the Civil Rights Act of 1964. See Exhibit B, Original Petition, at p. 4-5.  Each of those are federal statutes.

7.      Indeed, Plaintiff's ADEA, ADA and Title VII claims are claims over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331, which states "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States." Thus, HCL may and hereby does remove this case pursuant to 28 U.S.C. §§ 1441 and 1446.

## III.      ADDITIONAL MATTERS FOR REMOVAL

8.      Venue for this action is proper in the Dallas Division of the Northern District of Texas because that is the district and division where the underlying state court action is pending. 28 U.S.C. § 1446(a).

9.      Pursuant to 28 U.S.C. § 1446(b), a defendant must file a notice of removal within 30 days after service of the initial pleading if the case stated by the initial pleading is removable. HCL was served with Plaintiff's Original Petition on December 9, 2022. Exhibit A. This notice of removal is filed within 30 days of service and is therefore timely.

2

10.     Pursuant to S.D. Tex. Local Rule 81, this notice of removal is accompanied by copies of the following:

        a.     Civil Cover Sheet (Exhibit A);

        b.     An index of documents being filed (Exhibit B);

        c.     The state court docket sheet (Exhibit C); and

        d.     Pleadings asserting causes of action and any answers to such pleadings (Exhibit D).

11.     HCL will promptly file a copy of this Notice of Removal and all exhibits with the clerk of the state court in which this action is pending.

12.     This notice of removal has been served on all parties to the removed case.

### IV.     CONCLUSION

The Court has original jurisdiction over this matter based on federal-question jurisdiction pursuant to 28 U.S.C. § 1331 and 1441. Therefore, and in accordance with 28 U.S.C. § 1446, HCL removes this action from the 48th District Court of Tarrant County, Texas to this Court. HCL prays that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in state court pursuant to 28 U.S.C. 1441.

Respectfully Submitted,

*/s/ Michael D. Mitchell*
Michael D. Mitchell
State Bar No. 00784615
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
500 Dallas, Suite 3000
Houston, Texas 77002
(713) 655-5756
(713) 655-0020 (Fax)

**ATTORNEY- IN-CHARGE FOR
DEFENDANT HCL AMERICA, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was filed electronically using the Court's ECF/CM system, which will simultaneously provide notice and service to all counsel of record on this 27th day of December 2022:

Ali Crocker Russell
Crocker Russell & Associates
2401 Callender Road, Suite 103
Manfield, TX 76063

*s/ Michael D. Mitchell*
Michael D. Mitchell

4