**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PAUL R. CHAPLIN** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-01148-P** |
| | § | |
| **HCL AMERICA, INC.** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff, Paul R. Chaplin ("Chaplin" or "Plaintiff") by and through the undersigned counsel, hereby files the foregoing list of proposed voir dire questions in accordance with the Court's scheduling order [Dkt. 9]:

1. <u>Statement of the case</u>. In this case, Plaintiff Paul Chaplin claims that HCL America, Inc. also known as HCL, illegally discriminated against him on the basis of his age when they failed to pay him a company-wide bonus in February 2021 and also failed to pay him his promised raise based on good work performance. HCL denies that it violated Plaintiff's rights and asserts that the failure to pay the raise and bonus were business decisions not based on his age. Plaintiff further alleges that HCL retaliated against him on the basis of his disability after he returned from short term leave in December 2021. The retaliation included unfounded disciplinary action, harassment, and manipulating his schedule in terms of paid time off. Again, HCL denies it retaliated against Plaintiff and any decisions made concerning Plaintiff's employment were for legitimate business reasons and unassociated with Plaintiff's disability.

    a. Have you heard of this case before today?

    b. If so, would your ability to serve impartially as a juror be affected by anything you have heard so far?

c. Is there anything about the nature of this case that would affect your ability to be fair to both sides?

2. Have any of you, your relatives or close friends ever worked for or had any interaction with the Equal Employment Opportunity Commission?

3. Have any of you, your relatives or close friends ever worked for or had any interaction with the Texas Workforce Commission – Civil Rights Division?

4. Do any of you have any opinions about the EEOC or TWC or its work that would affect your ability to be fair in a lawsuit alleging employment discrimination?

5. Have you, family members or close friends ever made a claim under Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Age Discrimination in Employment Act (ADEA)?

6. How many of you have worked outside the home while suffering from a disability?

a. Would anything about your experience affect your ability to be fair to both sides here?

7. How many of you have worked with a person suffering from a disability as a coworker or boss?

a. Would anything about your experience affect your ability to be fair to both sides here?

8. How many of you have had a negative encounter with someone who suffers from a disability?

a. Would anything about your experience affect your ability to be fair to both sides here?

9. Do any of you have opinions or feelings, whether positive or negative, about a person who claims age discrimination at work?

10. Do any of you have opinions or feelings, whether positive or negative, about a person who claims retaliation at work?

11. How many of you have ever held a supervisory position at work?

a. If yes, did you ever supervise any employees with a disability?

b. If yes, did you ever supervise any employees that were older than you?

12. Have you, a family member, or close friend ever filed a lawsuit or grievance against your employer, supervisor, management or another employee?

a. If yes, please explain.

13. Have you, a family member, or close friend ever been a defendant in a claim or lawsuit filed by an employee?

a. If yes, please explain.

14. Do you believe that you or any of your close friends or family have been the victim of discrimination in the workplace because of your age, gender, race, religion or disability? If yes, please explain.

15. How many of you have ever been terminated from a job?

16. Prior experience with court proceedings:

a. Have any of you ever been a party to a lawsuit? Describe circumstances.

b. Have any of you ever been a witness in a lawsuit?

c. How many of you have served previously on a jury? Please tell us in what court, when, what type of case, the outcome, and whether you were foreperson.

Respectfully submitted,

/s/ Ali Crocker Russell
Ali Crocker Russell
State Bar No: 24098868

Email: ali@cralawfirm.com
CROCKER RUSSELL & ASSOCIATES
2401 Callender Road, Suite 103
Mansfield, TX 76063
Office: (817) 482-6570
Fax: (682) 232-1850
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that on this 18th day of December 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of the electronic filing to all counsel of record.

/s/ Ali Crocker Russell
Ali Crocker Russell