UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PAUL R. CHAPLIN,**

   Plaintiff,

v.                                      **No. 4:22-cv-01148-P**

**HCL AMERICA, INC.,**

   Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's electronic order granting the Parties' voluntary dismissal (ECF No. 43), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED with prejudice**, with each Party to bear its own costs.

**SO ORDERED** on this **16th day** of **January 2024.**

_/s/ Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE